# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

U.S. Bank National Association,

      Petitioner,                          Civil 10-2996 (RHK/JJG)

vs.                                      **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Anchorage Community Development,
LLC, GraceAlaska, Inc., Grace
Community Church, Inc., d/b/a
ChangePoint,

      Respondents.

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 15, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge